ANTHONY A. GRECKI *v.* CITY OF NEW BRITAIN ET AL.

It appearing that the plaintiff in the above-entitled case has failed to defend against the defendant The New Britain National Bank's appeal from the Superior Court in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that unless the plaintiff files its brief on or before August 1, 1977, the judgment be set aside and the case be remanded with direction to render judgment for the defendant The New Britain National Bank.

*John V. Zisk,* for the appellee (plaintiff).

*Andrew J. O'Keefe,* for the appellant (defendant New Britain National Bank).

Argued June 7—decided June 7, 1977

STATE OF CONNECTICUT *v.* WILLIAM J. PEAY

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that unless the defendant files his assignment of errors on or before June 27, 1977, the appeal be and hereby is dismissed.

*George D. Stoughton,* state's attorney, for the appellee (state).

*Mary V. McCarthy,* for the appellant (defendant).